**MEMORANDUM ENDORSEMENT**

<u>Malibu Media, LLC  v. John Doe, subscriber assigned IP Address 98.15.155.90</u>, 14 cv 10190 (NSR)


Plaintiff's application to file a motion for leave to serve a third-party subpoena is Granted. Plaintiff shall file the motion on or before April 30, 2015 and provide two (2) copies of the motion papers to chambers.  The Court hasn't scheduled a Rule 16 conference and, therefore, it cannot be adjourned.  The Clerk of the Court is respectfully requested to terminate this motion (doc. 6).

Dated:  March 31, 2015
White Plains, NY

SO ORDERED.

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3|31|2015